David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Vanessa Cambridge*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA CAMBRIDGE,<br><br>Plaintiff(s),<br><br>vs.<br><br>TOYOTA FINANCIAL SERVICES,<br><br>Defendant(s). | Case No.: 2:20-cv-01345-APG-EJY<br><br>**STIPULATION AND ORDER DISMISSING ACTION AGAINST TOYOTA MOTOR CREDIT CORPORATION (INCORRECTLY NAMED AS TOYOTA FINANCIAL SERVICES), WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Vanessa Cambridge ("Plaintiff") and Defendant Toyota Motor Credit Corporation, incorrectly named as Toyota Financial Services ("TMCC"), collectively the "Parties," by and through their counsel of record, that the above-entitled action shall be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).  Accordingly, the Parties request that the Court dismiss TMCC from this action and close this case.

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on October 8, 2021.

/s/ Shawn W. Miller
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052

Attorneys for Plaintiff
**Vanessa Cambridge**

/s/ Judith M. Mercier
Judith M. Mercier, Esq. *(Pro Hac Vice)*
HOLLAND & KNIGHT, LLP
200 S. Orange Avenue, Suite 2600
Orlando, Florida 32801

Darren T. Brenner, Esq.
WRIGHT, FINLAY & ZAK, LLP
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada  89117

Attorneys for Defendant
**Toyota Motor Credit Corporation, incorrectly named as Toyota Financial Services**

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:____October 8,2021_____

-2-